# United States District Court
## For The Western District of North Carolina
## Statesville Division

JACKIE MARTINEZ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              5:08CV138

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/31/10 Order.

                                        Signed: August 31, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court